1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   Integrated Sports Media, Inc.

7

8                     UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
9

10 | Integrated Sports Media, Inc.,        | CASE NO. CV 08-4699 JF
11 |                                       |
12 |               Plaintiff,              | STIPULATION OF DISMISSAL OF
   |                                       | PLAINTIFF'S COMPLAINT
13 |        vs.                            | AGAINST DEFENDANT JOSEPH
   |                                       | RICHARD VELA, individually and
14 | Joseph Richard Vela, et al.,          | d/b/a RINCONCITO COLOMBIANO
15 |                                       |
16 |               Defendant.              |

17
           **IT IS HEREBY STIPULATED** by and between Plaintiff INTEGRATED
18
   SPORTS MEDIA, INC. and Defendants JOSEPH RICHARD VELA, individually and
19
   d/b/a Rinconcito Colombiano, that the above-entitled action is hereby dismissed
20
   **without prejudice** against JOSEPH RICHARD VELA, individually and d/b/a
21
   Rinconcito Colombiano to the Court's jurisdiction to enforce the settlement agreement
22
   reached between the Parties.
23
24 ///
25 ///
26 ///
27 ///
28

STIPULATION OF DISMISSAL
CV 08-4699 JF
PAGE 1

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by November 15, 2010, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: February 4, 2009

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
INTEGRATED SPORTS MEDIA, INC.

Dated: 2/6/09

JOSEPH RICHARD VELA
individually and d/b/a
RINCONCITO COLOMBIANO
Defendant

Dated: 3/12/09

The Honorable Jeremy Fogel
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
CV 08-4699 JF
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On February 4, 2009 I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT JOSEPH RICHARD VELA, individually and d/b/a RINCONCITO COLOMBIANO**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Joseph Richard Vela (Defendant)
1489 Glenwood Avenue, # A
San Jose, CA 95125

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 4, 2009, at South Pasadena, California.

Dated: February 4, 2009

_____
INESA MAMIDJANYAN

STIPULATION OF DISMISSAL
CV 08-4699 JF
PAGE 3